### 40178.   RHEEM MANUFACTURING COMPANY v. HUTCHESON et al.

EBERHARDT, Judge. Hutcheson sued Rheem Manufacturing Company and Parker Heating Company. Rheem excepted to the overruling of its general demurrer. After the bill of exceptions was filed and certified, plaintiff materially amended his petition. *Held:*

Under the authority of *Gillon v. Johns,* 105 Ga. App. 599 (125 SE2d 70), the bill of exceptions must be dismissed, with costs assessed against the plaintiff below.

*Writ of error dismissed. Felton, C. J., and Russell, J., concur.*

DECIDED JUNE 13, 1963.

*T. J. Long, Ben Weinberg, Jr.,* for plaintiff in error.

*C. Henry Freas, Jr., Nall, Miller, Cadenhead & Dennis, Wotton, Long & Jones,* contra.